**FILED**

05/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0656

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO. DA 22-0656**

| | |
|---|---|
| SUMMER STRICKER, Personal Representative of the Estate of ALLEN J. LONGSOLDER, JR., | ) Cause No. DA 22-0656 |
| Plaintiff/Appellant, | ) |
| vs. | ) **ORDER GRANTING EXTENSION OF** |
| | ) **TIME TO FILE OPENING BRIEF** |
| BLAINE COUNTY, HILL COUNTY, and the STATE OF MONTANA, | ) |
| Defendants/Appellee. | ) |

Appellant, Summer Stricker, having moved the Court for an extension of time, and for good cause shown,

IT IS HEREBY ORDERED that Appellant shall have up to and including June 19, 2023, to file her Reply Brief.

No further extensions will be granted.

cc:     Steven T. Potts
        Patrick F. Flaherty/Daniel Flaherty
        Mark F. Higgins
        Maureen Lennon

**Order Granting Motion for Extension of Time**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 8 2023